## LIGHT *v.* SCHNECK, ADMINISTRATOR.

[No. 6,593. Filed June 3, 1910.]

From Jackson Circuit Court; *John M. Lewis*, Special Judge.

Claim of Robert C. Light against Benjamin F. Schneck, administrator of the estate of Louis Schneck, deceased. From a judgment for defendant, claimant appeals. *Affirmed.*

*Spencer & Brill* and *Wood & Jones*, for appellant.
*George H. Voigt* and *T. M. Honan*, for appellee.

PER CURIAM.—This is a companion case to that of *Scholz* v. *Schneck* (1910), 174 Ind. 186. The questions involved in the two appeals are identical, and are settled by the decision of the Supreme Court in that case, adverse to appellant, and on the authority of that decision, the judgment of the court below in this case is affirmed.